05-15-00039-CV

Bridgette Vation

FILED
DALLAS COUNTY
1/12/2015 10:07:08 AM
FELICIA PITRE
DISTRICT CLERK

NO. 13-12651-C

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/13/2015 12:27:46 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS, | () | IN THE DISTRICT COURT |
| | () | |
| Plaintiff | () | |
| | () | |
| VS. | () | OF DALLAS COUNTY, TEXAS |
| | () | |
| ONE 2001 BMW X5, | () | |
| | () | |
| Defendant | () | 68TH JUDICIAL DISTRICT |

## CLAIMANT'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW, Claimant, Fernanda Devany, who filed an answer and appeared in person in the trial of this action and claimed ownership interest in the 2001 BMW X5 automobile, vehicle identification number WBAFB33561LH25230, Texas license number DSM305 that was found to be contraband liable to forfeiture to the State of Texas gives notice of her intent to appeal the trial court's judgment rendered on December 16, 2014. This appeal is taken to the Fifth Court of Appeals in Dallas, Texas.

Respectfully submitted

/s/ Kevin Kurtz
Kevin Kurtz
Attorney and Counselor at Law
3621 Mockingbird Lane
Dallas, Texas 75205
(214) 559-0505
Fax # (214) 559-0580
Email kevin@kurtzesq.com
State Bar No. 11770500

## CERTIFICATE OF SERVICE

The undersigned certifies that the above Notice of Appeal has been sent to Plaintiff,

The State of Texas at opposing counsel's office at the Criminal District Attorney for Dallas

County Texas's office in the Frank Crowley Criminal Courthouse via ~~hand delivery~~ FAX 214-653-6134 on the

___9th___ day of January, 2015.


___/s/Kevin Kurtz_____
Kevin Kurtz